**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-80372-MIDDLEBROOKS

THOMAS CHANDLER, et. al,

     Plaintiffs,

vs.

MARKWAYNE MULLIN, in his official
capacity, Secretary, U.S. Department of
Homeland Security, et. al,

     Defendants.

_____/

## ORDER SETTING PRETRIAL AND BRIEFING SCHEDULE

Plaintiffs filed a Complaint for Writ in the Nature of Mandamus and Violations of the Administrative Procedure Act on April 2, 2026. (DE 1). Given that this case requires the Court to review agency inaction under the Administrative Procedure Act, the following schedule is set:

    i.    **On or before August 3, 2026**, Defendants shall file the Administrative Record on which this matter will be decided;

    ii.    **On or before September 11, 2026**, Plaintiffs' motion for summary judgment on the administrative record shall be due; and

    iii.    Defendants shall file their combined cross-motion for summary judgment and response to Plaintiffs' motion **within 30 days after the filing of Plaintiff's motion for summary judgment**.

    iv.    The Parties are not required to complete discovery. As judicial review under the APA is limited to the administrative record before the agency, there is no need for

discovery in this case. However, Plaintiffs may move for supplementation of the administrative record.

The Parties are directed, in accordance with CM/ECF procedures, as follows:

**COURTESY COPIES**: Notwithstanding the electronic filing requirements of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the Clerk's Office all motions exceeding twenty-five pages. This copy shall be bound and any attachments and/or appendices must be indexed with tabs.

**PROPOSED ORDERS**: Pursuant to the CM/ECF Administrative Procedures, counsel shall send proposed orders in Word format for ALL motions directly to middlebrooks@flsd.uscourts.gov.

**SIGNED** in Chambers at West Palm Beach, Florida, this 23rd day of April, 2026.

Donald M. Middlebrooks
United States District Judge

cc.

Counsel of record