**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-CV-80372-MIDDLEBROOKS

THOMAS CHANDLER and
MATTHEW CHANDLER,

Plaintiffs,

v.

MARKWAYNE MULLIN,
in his official capacity, et al.,

Defendants.
_______________________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court on Plaintiffs Thomas Chandler and Matthew Chandler's Voluntary Dismissal without Prejudice, filed October 19, 2026. (DE 16). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither. Accordingly, it is **ORDERED** that:

(1) This case is **DISMISSED WITHOUT PREJUDICE.**

(2) The Clerk of Court shall **CLOSE THIS CASE.**

(3) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 20th day of October, 2026.

Donald M. Middlebrooks
United States District Judge